Schedule A

Filed Under Seal