IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>Defendants. | No. 1:20-cv-6955<br><br>Hon. Steven C. Seeger<br><br>Mag. Jeffrey Cole |

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY [22]

Plaintiff John Doe ("Plaintiff") hereby withdraws Docket Entry No. [22], Motion for Reconsideration of the Court's December 16, 2020, Order Denying Plaintiff's Motion to Proceed Anonymously. The matters raised in [22] are addressed more succinctly in [23-25], wherein such matters are discussed in tandem with Plaintiff's request for reconsideration of the terms of the Temporary Restraining Order entered in this action.

Date: December 18, 2020

Respectfully submitted,

/s/Daliah Saper
Daliah Saper (ARDC No. 6283932)
Brandon Beymer (ARDC No. 6332454)
Theodore Chiacchio (ARDC No. 6332547)
Saper Law Offices, LLC
505 N. LaSalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100

Attorneys for Plaintiff